ordered that said petition is hereby denied without prejudice to Petitioner's right to raise the issue asserted during the course of normal appellate review.

No. 14–0151/AR. U.S. v. Aaron M. Magill. CCA 20110640. Appellant's motion to file the supplement to the petition for grant of review out of time denied.

No. 14–0424/AR. U.S. v. Michael T. Brown, Sr. CCA 20121106. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 14, 2014.

No. 14–0425/AR. U.S. v. Richard Martinez, Jr. CCA 20110570. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 14, 2014.

No. 14–0426/AR. U.S. v. Jeremy D. Waite. CCA 20121015. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 14, 2014.

No. 14–0427/AF. U.S. v. Jason R. Barnes. CCA 38349. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 17, 2014.

Thursday, February 27, 2014

No. 14–0280/AR. U.S. v. Michael L. Treat. CCA 20110402. Review granted on the following issue: